THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RHONDA A. FLEMING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAL NEDERLAND N.V., a Curacao corporation; HAL ANTILLEN N.V., a Curacao corporation, HOLLAND AMERICA LINE, INC., a Washington for profit corporation, HOLLAND AMERICA LINE – USA, INC., a Delaware for profit corporation and HOLLAND AMERICA LINE N.V., a Curacao corporation,<br><br>　　　　　Defendants. | No. 2:19-cv-01071 RSL<br><br>~~[PROPOSED]~~ ORDER TO CONTINUE TRIAL AND RELATED CASE MANAGEMENT DATES |

## [PROPOSED] ORDER

Based upon parties' Stipulated Motion, and the Court being fully advised in the premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, that the following dates shall be amended as follows:

{29227-00590325;1}
~~[PROPOSED]~~ ORDER TO CONTINUE TRIAL AND RELATED
CASE MANAGEMENT DATES – Case No. 2:19-cv-01071 RSL
Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

| Event | Current Date | Proposed Date |
|---|---|---|
| TRIAL DATE | September 14, 2020 | March 1, 2021 |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 18, 2020 | October 1, 2020 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR 7(d)(3) or CR 7(a)(2)(B) | April 17, 2020 | October 1, 2020 |
| Discovery completed by | May 17, 2020 | November 2, 2020 |
| Settlement Conference | May 31, 2020 | November 20, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)(3)) | June 16, 2020 | December 1, 2020 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the THIRD Friday thereafter | August 17, 2020 | January 29, 2021 |
| Agreed pretrial order | September 2, 2020 | February 15, 2021 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | September 9, 2020 | February 22, 2021 |

DATED this 9th day of March, 2020.

*[signature]*

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF WASHINGTON

{29227-00590325;1}
[PROPOSED] ORDER TO CONTINUE TRIAL AND RELATED
CASE MANAGEMENT DATES – Case No. 2:19-cv-01071 RSL
Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990