# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RHONDA A. FLEMING,<br><br>              Plaintiff,<br><br>      v.<br><br>HAL NEDERLAND N.V., a Curacao corporation; HAL ANTILLEN N.V., a Curacao corporation, HOLLAND AMERICA LINE, INC., a Washington for profit corporation, HOLLAND AMERICA LINE – USA, INC., a Delaware for profit corporation and HOLLAND AMERICA LINE N.V., a Curacao corporation,<br><br>              Defendants. | No. 2:19-cv-01071 RSL<br><br>**ORDER TO CONTINUE DISCOVERY DEADLINES** |

## **ORDER**

Based upon parties' Stipulated Motion, and the Court being fully advised in the premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, that the case schedule shall be amended as follows:

ORDER TO CONTINUE DISCOVERY DEADLINES – Page 1
Case No. 2:19-cv-01071 RSL

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

| Event | Current Date | Proposed Date |
|---|---|---|
| **TRIAL DATE** | **September 12, 2022** | **September 12, 2022 (no change)** |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 1, 2020 | **April 29, 2022** |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR 7(d)(3) or CR 7(a)(2)(B) | October 1, 2020 | **April 29, 2022** |
| Discovery completed by | November 2, 2020 | **May 30, 2022** |
| Settlement Conference | November 20, 2020 | **June 16, 2022** |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)(3)) | December 1, 2020 | **June 28, 2022** |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the SECOND Friday thereafter. Replies will be accepted | August 15, 2022 | **August 15, 2022 (no change)** |
| Agreed pretrial order | August 31, 2022 | **August 31, 2022 (no change)** |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | September 7, 2022 | **September 7, 2022 (no change)** |

Dated this 24th day of December, 2021.

*/s/ S Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF WASHINGTON

ORDER TO CONTINUE DISCOVERY DEADLINES – Page 2
Case No. 2:19-cv-01071 RSL

Le Gros Buchanan & Paul
4025 Delridge Way SW
Suite 500
Seattle, Washington 98106-1271
(206) 623-4990